IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VOICENET COMMUNICATIONS, INC., et al. | : | CIVIL ACTION |
| v. | : | |
| THOMAS W. CORBETT, JR., et al. | : | NO. 04-1318 |

ORDER

AND NOW, this 13th day of September, 2010, upon consideration of the Motion for Summary Judgment of G. Michael Greene, District Attorney of Delaware County (Docket No. 128); the Motion of Summary Judgment of Defendants Corbett and Deery (Docket No. 129); the Plaintiffs' Motion for Summary Judgment on Liability (Docket No. 130); the Motion of Defendants Diane E. Gibbons, Martin McDonough, and Thomas Thiel for Summary Judgment (Docket No. 131); the responses, replies and supplemental briefs thereto; after an oral argument held on July 9, 2009; and for the reasons stated in a memorandum of law bearing today's date; IT IS HEREBY ORDERED that all three of the defendants' motions are GRANTED and the plaintiffs' motion is DENIED. Judgment is hereby ENTERED for the defendants and against the plaintiffs. The Clerk of Court shall mark this case as CLOSED.

BY THE COURT:


/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.